## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

NELSON MITCHELL,                :
                                :
         Plaintiff              :
                                :
vs.                             :
                                :
UNKNOWN DEFENDANT(S),           :   NO. 5:12-cv-313 (MTT)
                                :
         Defendants             :   **O R D E R**
_____

*Pro se* Plaintiff **NELSON MITCHELL**, a prisoner at Georgia Diagnostic and Classification Prison, has submitted a letter, which the Clerk's Office docketed as a 42 U.S.C. § 1983 action (Doc. 1).  Plaintiff is apparently under the erroneous impression that he has a case pending before this Court.  He initially states that he wishes to "apologize for entering false information into your Court regarding my stolen property."  He proceeds to reference a claim against a CERT Team Officer.  After reviewing U.S. PACER Case Locator, Civil Party Search, this Court cannot ascertain the specific lawsuit Plaintiff discusses.

The Court will not construe Plaintiff's letter as an attempt to file a lawsuit.  Instead, the Clerk's Office is directed to send to Plaintiff copies of this Court's 42 U.S.C. § 1983 form.  If Plaintiff wishes to file a lawsuit in this Court, he should complete and return the forms; the action will be assigned a new case number.  Before filing his lawsuit, however, Plaintiff is advised that he must complete all the steps of the Georgia Department of Corrections' grievance procedure, as required by 42 U.S.C. § 1997e(a).

Based on the foregoing, the instant action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 8th day of August, 2012.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT